UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22077-CIV-DIMITROULEAS

PRESTIGE BUNKERS, LLC,

     Plaintiff,

vs.

ALAN HOFMAN, ET. AL.,

     Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on Defendants Alan Hofman ("Hofman") and Mir Zulfekar, Ali improperly named as Zulfe Ali Zulfekar, ("Zulfekar")'s Motion to Strike Jury Demand [DE 75] filed herein on June 25, 2026. The Court has carefully considered the Motion and is otherwise fully advised in the premises. In their Motion, Defendants state that per parties' agreement, Plaintiff has agreed to waive a jury trial.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file a response to the Motion by July 3, 2026, showing cause as to why this Court should not strike Plaintiff's request for jury trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 26th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record